UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS ENGLISH<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br><br>    Defendant. | NO. C16-5010RSL<br><br>ORDER OF REFERENCE<br>Non-Dispositive Motion<br>Pending in Civil Case |

The Court hereby refers to United States Magistrate Judge Karen L. Strombom, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Motion for Attorney Fees Under 42 U.S.C. §406(b)

The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 5th day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE