UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS ENGLISH

            Plaintiff,

      vs.

NANCY BERRYHILL,

            Defendant.

NO.  C16-5010RSL

AMENDED
ORDER OF REFERENCE
Non-Dispositive Motion
Pending in Civil Case

The Court hereby refers to United States Magistrate Judge Theresa L. Fricke, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Motion for Attorney Fees Under 42 U.S.C. §406(b)

The Magistrate Judge shall hear and determine such motion.  Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 6th day of September, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE