UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS ENGLISH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>　　　　　　　Defendant. | Case No. 3:16-cv-05010-RSL-TLF<br><br>REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES<br><br>Noted for September 8, 2017 |

This case has been referred to Magistrate Judge Theresa L. Fricke pursuant to 28 U.S.C. § 636(b)(1) and Local Rule MJR 3 and 4. This matter comes before the Court on plaintiff's filing of a motion for $11,400 in attorney fees under 42 U.S.C. § 406(b), subject to a refund to plaintiff of $1,436.33 in attorney fees allowed under the Equal Access to Justice Act upon receipt of the attorney fees awarded under 42 U.S.C. § 406(b) by plaintiff's counsel. Dkt. 28.

As defendant does not object to this request (Dkt. 31), the undersigned recommends that the Court adopt this Report and Recommendation, and enter an order for immediate payment of attorney fees. The Clerk shall set this matter for consideration on **September 8, 2017**, as noted in the caption.

Dated this 8th day of September, 2017.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION GRANTING
PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY
FEES - 1