UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS ENGLISH,

              Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

              Defendant.

Case No. 3:16-cv-05010-RSL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation; and

(2)     plaintiff is granted attorney fees in the amount of $11,400 under 42 U.S.C. § 406(b), subject to a refund to plaintiff of $1,436.33 in attorney fees allowed under the Equal Access to Justice Act upon receipt of the attorney fees awarded under 42 U.S.C. § 406(b) by plaintiff's counsel.

Dated this 15th day of December, 2017.

*[signature]*
Robert S. Lasnik
United States Magistrate Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1